JOHN W. LAUTS, Respondent, v. AVON HOLDING CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of EMMITT RHYNEHART for a Mandamus Order against ALBERTA SPAULDING.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Intermediate Judicial Settlement of the Account of HARRIOTTE R. HITCHCOCK, as Executrix, etc., of A. WILLARD HITCHCOCK, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

In the Matter of the Claim of JOHN RAYMOND, Respondent, against JEFFERSON UNION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of CAROLINE L. MORAN, Respondent, against ORR SUPPLY CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of TOUFIC DOUALIBY, Respondent, against SYRIAN AMERICAN BAKING COMPANY, Respondent, and CENTURY INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. (See Matter of Lipschitz v. Hotel Charles, 252 N. Y. 518, affg. 226 App. Div. 839.)

In the Matter of the Claim of JOE SCHULTZ, Respondent, against FLEXLUME CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of CHARLES BRANDON, Respondent, against SUTTON AND SUDERLY BRICK COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MARGARET HENNESSEY, Respondent, against AMALGAMATED SLATE QUARRIES COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the claimant against the employer and the insurance carrier.

In the Matter of the Claim of FLORENCE SHANLEY (Mrs. B. L. BIERWEILER), Respondent, against SLATTERY CONTRACTING Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the claimant against the employer and the insurance carrier, on the ground that a stepchild, actually dependent on a stepfather, is a dependent, even though the father is still living but divorced from the mother of the child. (Workmen's Compensation Law, § 2, subd. 11; Yeople v. Rose Co., 182 App. Div. 438; affd., 223 N. Y. 687; Matter of Bogold v. Bogold Bros., 218 App. Div. 676; affd., 245 N. Y. 574.)

In the Matter of the Claim of CHESTER HALL, Respondent, against HOWE BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of Matter of Wingen v. Fleischman (252 N. Y. 114).

In the Matter of the Claim of JOSEPH CALLOW, Respondent, against HARRY FEINBERG and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. (Cleve-